UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KELVIN FRANCIS** | **CIVIL DOCKET NO. 6:24-CV-00505** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **15TH JUDICIAL DISTRICT COURT** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 6], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that as Francis cannot obtain the relief sought in this matter, this matter is DENIED and DISMISSED WITHOUT PREJUDICE as frivolous and for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915.

THUS DONE AND SIGNED in Chambers this 21st day of October, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE